# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALFRED KING,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **NO. 11-7819** |
| | : | |
| **GREYHOUND LINES, INC.,** | : | |
| Defendant. | : | |

## O R D E R

AND NOW, this 28TH day of January, 2014, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 20), Plaintiff's Response (Doc. No. 22) and Defendant's Reply (Doc. No. 23), and for the reasons set forth in the accompanying Memorandum, IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff's Complaint is DISMISSED WITH PREJUDICE. This case is CLOSED.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE